**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

DeSean Lamont Thomas,  Civil No. 17-2790 (DWF/HB)

        Petitioner,

v.  **ORDER ADOPTING REPORT
AND RECOMMENDATION**

Tom Roy,

        Respondent.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Hildy Bowbeer dated August 7, 2017. (Doc. No. 9.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

1. Magistrate Judge Hildy Bowbeer's August 7, 2017 Report and Recommendation (Doc. No. [9]) is **ADOPTED**; and

2. Petitioner's motion for preliminary injunctive relief (Doc. No. [7]) is

**DENIED WITHOUT PREJUDICE**.

Dated: September 12, 2017	s/Donovan W. Frank
	DONOVAN W. FRANK
	United States District Judge