# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Pharaoh El-Forever Left-i Amen El, a/k/a Pharaoh El-Forever Amen El, a/k/a DeSean Lamont Thomas,[1]   Petitioner, v. Tom Roy,   Respondent. | Civil No. 17-2790 (DWF/HB)  **ORDER** |

Petitioner Pharaoh El-Forever Amen El has applied for *in forma pauperis* ("IFP") status on appeal from the denial of his petition for a writ of habeas corpus. *See* Doc. No. 75.) The Court has reviewed the IFP application and concludes that Amen El qualifies financially for IFP status. Moreover, although a litigant may proceed IFP only if his appeal is taken in good faith, and although the Court has declined to issue a COA, "[t]he standard for granting an application for leave to proceed *in forma pauperis* . . . is a lower standard than the standard for certificates of appealability." *Moore v. Haas*, Civil No. 2:13-CV-12225, 2013 WL 5819593, at *6 (E.D. Mich. Oct. 29, 2013); *accord United States v. Youngblood*, 116 F.3d 1113, 1115 (5th Cir. 1997). The Court continues to believe that the habeas petition was properly denied, but Amen El's appeal is not frivolous as the Supreme Court has defined that term. Accordingly, the IFP application

---

[1] Petitioner's name was changed pursuant to a June 20, 2018 Amended Order Granting Name Change. (Doc. No. 77-1.)

will be granted. Amen El's request to file a motion for reconsideration (Doc. No. 76) will not be granted.

Based on the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The application of Petitioner Pharaoh El-Forever Left-i Amen El to proceed *in forma pauperis* on appeal (Doc. No. [75]) is **GRANTED**.

2. Petitioner Pharaoh El-Forever Left-i Amen El's self-styled letter/motion for reconsideration (Doc. No. [76]) is **DENIED**.

3. Consistent with Chisago County Judge Suzanne Bollman's Amended Order Granting Name Change (Doc. No. [77-1]), the Clerk's Office is directed to change Petitioner's name to Pharaoh El-Forever Left-i Amen El.

Dated: October 4, 2018          s/Donovan W. Frank
                                          DONOVAN W. FRANK
                                          United States District Judge